part in the consideration or decision of this application.

No. 70, Misc.  TABOR *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 75, Misc.  DELANEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 80, Misc.  McCANN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 116, Misc.  McCANN ET AL. *v.* CLARK, ATTORNEY GENERAL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 121, Misc.  McCANN ET AL. *v.* CLARK, ATTORNEY GENERAL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 126, Misc.  McCANN *v.* CLARK, ATTORNEY GENERAL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 131, Misc.  McCANN *v.* CLARK, ATTORNEY GENERAL.  United States Court of Appeals for the District of